S.D.N.Y.—N.Y.C.
13-cv-2814
Rakoff, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 11th day of February, two thousand fifteen.

Present:
    Amalya L. Kearse,
    Debra Ann Livingston,
    Susan L. Carney,
        *Circuit Judges*.

---

Cammeby's Management Company, LLC, et al.,

    *Plaintiff-Counter-Defendant-Appellees*,

    v.                                            14-4111

Alliant Insurance Services, Inc.,

    *Defendant-Cross-Claimant-Appellant*,

Affiliated FM Insurance Company,

    *Defendant-Counter-Claimant-Cross-Defendant*,

19-20 Bush Terminal Owner LP, as successor in interest to 19-20
Industry City Associates, LLC,

    *Cross-Defendant.*

---

Appellant Alliant Insurance Services, Inc., moves to hold this appeal in abeyance pending the district court's resolution of its pending post-judgment motion. Upon due consideration, it is hereby ORDERED that the motion is DENIED as unnecessary. *See* Fed. R. App. P. 4(a)(4).

Appellant shall notify this Court of the district court's decision on the pending post-judgment motion within thirty (30) days of its entry.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk

*/s/ Catherine O'Hagan Wolfe*