United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

**ROBERT A. KATZMANN**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: February 11, 2015
Docket #: 14-4111cv
Short Title: Cammeby's Management Company, v. Affiliated FM Insurance Compan

DC Docket #: 13-cv-2814
DC Court: SDNY (NEW YORK CITY)
DC Judge: Rakoff

**INITIAL NOTICE OF STAY OF APPEAL**

A notice of appeal was filed in this case on October 30, 2014. Since at least one motion cited in FRAP 4(a)(4) has been filed in the district court, this appeal is stayed pending resolution of the motion(s).

Appellant is directed to inform this Court in writing of the status of the motion(s) at 30 day intervals beginning 30 days from the date of this notice, and within 14 days after final disposition of the last outstanding motion. Appellant is also directed to provide the Court with a copy of all dispositive orders.

Inquiries regarding this case may be directed to 212-857-8573.